FILED
April 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Joseph Hinojos
DEPUTY

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.

Cristo JESUS DE NASARETH
AKA: Raba-De ravino CHRISTO, Christo RABA·De Ravino

*Defendant(s)*

Case No. PE: 25-MJ-204

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 14, 2025 in the county of Presidio in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 922(g)(5) | Being an alien who is illegally or unlawfully in the United States, possessed a firearm and ammunition, which had been shipped or transported in interstate or foreign commerce. |
| 8 U.S.C. 1325(a) | Being an alien who unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers. |

This criminal complaint is based on these facts:

Please see attached affidavit

*Complainant's signature*

Border Patrol Agent Seth Davison

*Printed name and title*

Complaint sworn to in my presence and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

Date: 04/17/2025

*Judge's signature*

City and state: Pecos, Texas

United States Magistrate Judge Honorable David B. Fannin

*Printed name and title*

**Affidavit**

On April 14, 2025, Horse Patrol Unit Agents of the United States Border Patrol were patrolling an area of FM170 along the United States/Mexico Border in the Western District of Texas. Agents observed a male subject walking East on FM170 close to the border who appeared to be wearing old and worn-down clothing with significant moisture present. Agents conducted an immigration inspection on the subject who admitted to being a citizen of Mexico who was illegally present in the United States. He also admitted to crossing the Rio Grande River from Mexico into the United States. This area of the border is not a place designated as a port of entry by immigration officers.

Agents placed the Defendant under arrest for illegal entry into the United States. While performing a search indicted to arrest of the Defendant, Agents asked if the Defendant had any weapons on his person and the Defendant stated he had a pistol underneath multiple layers of clothing inside one of his pockets. Agents discovered a Smith and Wesson handgun concealed on the Defendant's person.

The Smith and Wesson handgun found on the Defendant's person was manufactured in Springfield, Massachusetts, meaning the handgun would have been transported in interstate or foreign commerce for the Defendant to possess the handgun. The Defendant admitted to taking possession of the handgun in Mexico and crossing the United States/Mexico border with the Handgun.

Based on the preceding facts and circumstances stated above, I submit that there is probable cause to believe the Defendant did commit a violation of Title 18, United States Code, Section § 922(g)(5) and Title 8 United States Code, Section § 1325(a)

I declare under penalty of perjury that foregoing is true and correct to the best of my knowledge and belief.

______________________________

Seth Davison
Prosecutions Agent
United States Border Patrol

______________________________

The Honorable David B. Fannin
United States Magistrate Judge
Western District of Texas (Pecos Division)