**UNITED STATES DISTRICT COURT**
**IN THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 4:25-CR-107** |
| | § | |
| **CHRISTO JESUS DE NASARETH,** | § | |
| | § | |
| **Defendant.** | § | |

**UNITED STATES' RESPONSE TO**
**DEFENDANT'S MOTION TO DISMISS INDICTMENT**

TO THE HONORABLE DAVID COUNTS, UNITED STATES DISTRICT JUDGE PRESIDING:

The United States does not oppose Defendant **Christo Jesus De Nasareth's** motion to dismiss the Grand Jury Indictment returned in this matter.

On August 20, 2026, the Honorable Judge David B. Fannin considered evidence prepared by Federal Bureau of Prisons medical staff pertaining to Defendant's competency. The Court determined Defendant not competent to stand trial. (ECF Nos. 49 & 50).

Having no objection to the BOP medical report, its conclusions, and the ruling of the Court, the United States does not object to granting Defendant's Motion to Dismiss.

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

By: *Jimmie L. Holloway, Jr*
For: KEVIN R. CAYTON.
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September 2026, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of Court using the CM/ECF System, which will transmit notification of such filing to the following CM/ECF participant:

Chris Carlin

*Jimmie L. Holloway, Jr*
JIMMIE L. HOLLOWAY, JR.
Assistant United States Attorney